# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD. And VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> ANNORA PHARMA PRIVATE LTD., and HETERO LABS LIMITED, <br><br> Defendants. | Civil Action No. 18-1996 (MN) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1) (A)(ii) and 41(c), and by agreement between Plaintiffs Vifor Fresenius Medical Care Renal Pharma Ltd. ("VFMCRP Switzerland") and Vifor Fresenius Medical Care Renal Pharma France S.A.S. ("VFMCRP France") (collectively, "Plaintiffs" or "Vifor Fresenius") and Defendants Annora Pharma Private Limited ("Annora") and Hetero Labs Limited ("Hetero") (collectively, "Defendants"), the Parties hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action (the "Action") are hereby dismissed without prejudice and, except as specifically provided by agreement, without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the Action.

2

**SO STIPULATED:**

Dated: August 4, 2020                                   Respectfully submitted,

By:  /s/ Michael J. Farnan                              By:  /s/ Kenneth L. Dorsney
     Brian E. Farnan (Bar No. 4089)                    Kenneth L. Dorsney (#3726)
     Michael J. Farnan (Bar No. 5165)                  MORRIS JAMES LLP
     FARNAN LLP                                        500 Delaware Avenue, Suite 1500
     Wilmington, DE 19801                               Wilmington, DE 19801
     Tel: (302) 777-0300                                (302) 888-6800
     Fax: (302) 777-0301                                kdorsney@morrisjames.com
     bfarnan@farnanlaw.com
     mfarnan@farnanlaw.com

     *Attorneys for Plaintiffs Vifor Fresenius*         *Attorneys for Defendants Annora*
     *Medical Care Renal Pharma Ltd. and*               *Pharma Private Ltd. and Hetero Labs*
     *Vifor Fresenius Medical Care Renal*               *Limited*
     *Pharma France S.A.S.*

**SO ORDERED:**

This  4th  day of  August , 2020

_____
UNITED STATES DISTRICT JUDGE